**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page No.: 1

| Case No.: | 23-53278 | Trustee Name: | Brent A. Stubbins |
|---|---|---|---|
| Case Name: | KERR, JENNIFER L | Date Filed (f) or Converted (c): | 09/21/2023 (f) |
| For the Period Ending: | 11/16/2023 | §341(a) Meeting Date: | 10/31/2023 |
| | | Claims Bar Date: | |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| Ref. # | Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1 | household goods and furnishings | $2,000.00 | $0.00 | | $0.00 | FA |
| 2 | clothing | $250.00 | $0.00 | | $0.00 | FA |
| 3 | jewelry | $100.00 | $0.00 | | $0.00 | FA |
| 4 | 1 dog | $0.00 | $0.00 | | $0.00 | FA |
| 5 | Cash | $5.00 | $0.00 | | $0.00 | FA |
| 6 | checking Chime Account # xxxxx7915 | $40.76 | $0.00 | | $0.00 | FA |
| 7 | Embassy of Newark Inc. Employer provided Group Life Insurance Daughter | $0.00 | $0.00 | | $0.00 | FA |
| 8 | Credit Acceptance Garnishment | $1,983.72 | $1,983.72 | | $0.00 | $1,983.72 |

**TOTALS (Excluding unknown value)** | | $4,379.48 | $1,983.72 | | $0.00 | **Gross Value of Remaining Assets** $1,983.72 |

Initial Projected Date Of Final Report (TFR): 04/30/2024     Current Projected Date Of Final Report (TFR):

/s/ BRENT A. STUBBINS
BRENT A. STUBBINS